```
Philip R. Green (Cal.St.B.No. 92389)
Green & Green
1000 Fourth Street, Suite 595
San Rafael, CA 94901
(415) 457-8300 Tel
(415) 457-8757 Fax
Attorney for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA,

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GAMELINK, INC.,<br>    Plaintiff,<br>vs.<br>DVD ADVANTAGE, INC, dba "GAMELINKK.COM" and DVD EXPERIENCE, MICHAEL ROSMAN, and JOHN LEVENTHAL<br><br>    Defendants | Case No. C-03-5469-MMC<br><br>STIPULATION FOR SETTLEMENT, SETTLEMENT AGREEMENT with COURT RETENTION OF JURISDICTION PENDING PERFORMANCE OF SETTLEMENT, ORDER |

Plaintiff Gamelink, Inc. and Defendants jointly stipulate as follows:

1. Settlement: The parties have entered into a settlement agreement as follows:

**SETTLEMENT AGREEMENT**

This Settlement Agreement ("Agreement") is made and entered into between Gamelink, Inc., Inc. ("Gamelink, Inc."), a corporation duly organized and existing under the laws of the state of California and having its executive offices located at 537 Stevenson St., San Francisco, CA 94103-1606 and MICHAEL ROSMAN, DVD ADVANTAGE, INC, dba DVD EXPERIENCE, JON (aka Jonathan) LEVENTHAL, Defendant ("Defendants"), at the following business addresses: 21621 Nordhoff Street, Chatsworth, CA, 91311, 9909 Topanga Cyn. Blvd. PMB 165 Chatsworth, CA, 91311 and Defendant Rosman and for himself, who is the founder and principal of Defendant DVD Advantage, Inc.

and who resides at 9301 White Oak Ave., Northridge, CA 91325-2347.

1. **RECITALS**

    a. Gamelink, Inc. owns United States federal trademark Registration No. 2206576 for the mark GAME LINK in connection with "electronic and online retailing services by means of a global computer network, featuring products for adults, namely, videos, CD-ROMs, films, books, rubber goods and adult toys" in Class 035 registered on the Principal Register maintained by the United States Patent and Trademark Office ("PTO").

    b. On or about October 1, 2002, Defendant filed for and contracted with a domain name Registrar to use the URL www.gamelinkk.com.

    c. On or about October 13, 2003, Gamelink warned and in December, 2003 Gamelink sued Defendant and others in the U.S.D.C. for the No Dist of California, in action No. C-03-5469-MMC, alleging in its compliant trademark infringement and cybersquatting under ACPA and other counts (the Action) still pending in the Court.

    d. Pursuant to this Agreement, the parties hereto desire to settle and resolve the controversy resulting from Defendant's adoption and use of the Gamelink -based url.

2. **AGREEMENT**

    a. NOW THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, the parties hereto agree as follows:

    b. REPRESENTATION, PERFORMANCES AND WARRANTIES BY

DEFENDANT:

   i. INJUNCTION and ASSIGNMENT of URL: Defendant represents and warrants that he has stopped using the URL www.gamelinkk.com and will, within 30 days after execution of this agreement, transfer or assign all right, title and interest in said URL to Gamelink. Defendant agrees to cooperate and record any such assignment with the appropriate Registrar on or before execution of this Agreement, and shall forward proof of same to Gamelink, Inc. per the Notice provision contained in this Agreement.

   ii. PAYMENT: Defendant shall pay to Gamelink, Inc. the sum of $40,000 as follows:

      1. Defendant agrees to sign a "webmaster" agreement (the Webmaster Agreement) with Gamelink that allows Plaintiff to do business as a hosted web site under URL www.dvdadvantage.com." The terms and conditions of that Agreement shall control the party's performances thereunder. This Webmaster Agreement contemplates that payment of $40,000 will accrue to Gamelink, Inc. as part of this Settlement under a License agreement to be executed simultaneously herewith. If said license agreement is not executed this Settlement is void. Defendant agrees to make their best efforts to continue to

market and promote the website known as www.dvdadvantage.com, as follows:

    a. Continue to solicit customer base (25,000 plus email list) utilizing emails produced by Game Link.

    b. Maintain other websites that refer business to the Dvdadvantage domain.

    c. Continue to work on search engine placement. Currently position number 22 on Goggle (Keyword search "adult DVD").

2. As to the corporate Defendants, they have the right to enter into this agreement and no other person, firm or corporation has any of the rights granted herein so as to interfere with any part of Defendants' performances hereunder.

3. **As the inducement for Gamelink, Inc. to enter into the Webmaster Agreement with Defendant,** The License Agreement is made exclusive until the payment is made in full.

c. PLAINTIFF PERFORMANCES - DISMISSAL ONLY AFTER PAYMENT IN FULL: After Defendant has **fully performed and** Gamelink has received $40,000 from Defendant, then Gamelink shall dismiss with prejudice the action (s) pending in the Action. In the mean time, Gamelink will cause the Action to be put in suspension or to otherwise

obtain the continuing jurisdiction of the Court to ensure such payments.

3. **ACKNOWLEDGEMENT OF THE GAMELINK TRADEMARKS AND GAMELINK, INC.'S TRADEMARK RIGHTS**

   a. Defendant acknowledges the validity of the Gamelink, Inc. marks, and that nothing in this Agreement affects Gamelink, Inc.'s ownership of or exclusive rights worldwide in or to the Gamelink, Inc. Marks. Defendant acknowledges Gamelink, Inc. has full rights to the mark and to its GAMELINK URLs.

   b. Defendant represents and warrants that they will not challenge, contest or oppose, either directly or indirectly, the validity of the Gamelink, Inc. Marks or Gamelink, Inc.'s exclusive right to use of the Gamelink, Inc. Licensed Marks or any variations thereof that include the words Game Link, on or in connection with any goods or services

4. **PROHIBITED CONDUCT**

   a. Defendant agrees not to use any of the Gamelink, Inc. Marks, including but not limited to GAMELINK AND GAME LINK, in connection with any business that is done online, on the internet or any its future permutations or formats **whether now known or hereafter invented, in any retail or any other context whatsoever** and Defendant further agree not to adopt or use any other Gamelink -based marks.

5. **CONSTRUCTION**

   a. If any provisions to this Agreement shall be deemed unlawfully void or

unenforceable in whole or in part for any reason, such part hereof shall be deemed separate and shall in no way affect the validity or enforceability of the remainder of the Agreement.

6. **No ASSIGNMENT BY Defendant**

   a. This Agreement may be assigned by Defendant only with the express written consent of Gamelink, Inc. If this agreement is assigned without such written permission any such purported assignment shall be void. This Agreement shall be binding upon and inure to the benefit of Defendant's successors, assigns and affiliates, including parents, subsidiaries, officers, directors, shareholders, agents, representatives, as well as its heirs, successors and assigns.

   b. As to Gamelink, Inc., this Agreement shall inure to the benefit of Gamelink, Inc.'s successors, assigns and affiliates, including parents, subsidiaries, officers, directors, shareholders, agents, representatives, as well as its heirs, successors and assigns. Gamelink, Inc. may freely assign or transfer this Agreement.

7. **FULL CORPORATE and INDIVIDUAL AUTHORITY**

   a. Each of the parties hereto represents and warrants that: (i) it has the power and authority to execute and deliver this Agreement and to perform its obligations hereunder; and (ii) it has had an adequate opportunity to consult with its and his attorneys prior to entering into the Agreement and has made such an investigation of the facts pertaining to this Agreement and related matters as it deems necessary.

8. **GOVERNING LAW**

    a. The parties hereto agree that this agreement shall be subject to the jurisdiction and venue in the appropriate state and U.S. courts in San Francisco, California and governed, construed, interpreted and enforced under the internal laws of the State of California, irrespective of its choice of law principals.

9. **NOTICES** All notices and statements required to be given shall be addressed as follows and served by facsimile and overnight delivery:

    If to Gamelink, Inc.:

    537 Stevenson St.

    San Francisco, CA  94103-1606

    Copy to :

    Phil Green, Esq.

    Green & Green

    1000 Fourth Street, Suite 595

    San Rafael, California 94901

    (415) 457-8757 (*facsimile*)

    If to Defendant:

    Michael Rosman

    9301 White Oak Ave.,

    Northridge, CA 91325-2347

<u>Copy to:</u>

Jeffrey S. Helfer

21800 Oxnard St Suite 850

Woodland Hills, CA 91367

10. **Miscellaneous:** This Agreement and its Exhibits represent the entire agreement between the parties. The Agreement may not be modified or waived except in writing and signed by an officer or other authorized representative of each party.

11. In the event of any action, mediation, litigation, arbitration, suit or proceeding arising from or under the terms, provisions or conditions of this agreement, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs of suit or other proceeding.

12. No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this Agreement shall be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy shall be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, nor shall any waiver constitute a continuing waiver unless the writing so specifies.

13. The parties are independent contractors, and nothing in this Agreement will create any partnership, joint venture, agency, franchise, sales representative, or employment relationship between the parties.

14. This agreement is expressly conditioned upon the execution of the Webmaster

1  Agreement referred to herein, and all performances by Defendants.   This
2  agreement may be executed in any number of counter parts, however, all such
3  counterparts shall constitute but one agreement.
4
5  GAMELINK, INC.,
6  By:
7
8  _____
9  Ilan Bunimovitz, its President
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTARIAL ACKNOWLEDGEMENT

STATE OF CALIFORNIA |

} ss.

COUNTY OF Los Angeles |

On this 4th day of August in the year 2004 before me Kellie A. Mumford a Notary Public, State of California, duly commissioned and sworn, personally appeared MICHAEL ROSMAN, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

**IN WITNESS WHEREOF** I have hereunto set my hand and affixed my official seal in the City of Woodland Hills County of Los Angeles _____ on the date set forth above in this certificate.

_[signature]_
Notary Public, State of California

KELLIE A. MUMFORD
Commission # 1397040
Notary Public - California
Los Angeles County
My Comm. Expires Jan 28, 2007

My commission expires
1/28/07

For Defendants: Michael Rosman and DVD ADVANTAGE, INC, dba DVD EXPERIENCE,

_[signature]_
Michael Rosman

NOTARIAL ACKNOWLEDGEMENT

STATE OF CALIFORNIA |

} ss.

COUNTY OF Los Angeles |

On this 4th day of August in the year 2004 before me Kellie A. Mumford a Notary Public, State of California, duly commissioned and sworn, personally appeared <u>Jon (Jonathan) Leventhal,</u> personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

**IN WITNESS WHEREOF** I have hereunto set my hand and affixed my official seal in the City of Woodland H., County of Los Angeles _____ on the date set forth above in this certificate.

_____
Notary Public, State of California

KELLIE A. MUMFORD
Commission # 1397040
Notary Public - California
Los Angeles County
My Comm. Expires Jan 28, 2007

My commission expires 1/28/07

<u>For Defendants:</u> Michael Rosman and DVD ADVANTAGE, INC, dba DVD EXPERIENCE,

_____
Jon (Jonathan) Leventhal

15. The parties agree that this Court make this settlement agreement part of an Order reserving jurisdiction to enforce the Ordered Agreement since the time to perform the agreement is estimated to be tow years. The parties will notify the Court as soon as performance of the terms of settlement are fulfilled so that the Court can dismiss the Action.

Respectfully submitted,
Dated this September 3, 2004

Law offices of Green & Green

By:

_____
Philip Green
1000 Fourth St., Suite 595   San Rafael, CA 94901
Attorneys for Plaintiff

## ORDER

The Stipulation for Settlement, Agreement and Proposed Order is hereby adopted by the Court as the Order of Settlement and the parties are ordered to comply with this Order.

In addition the Court orders:

1. The parties are to perform under the settlement agreement. During the time it takes for the terms of the Settlement to be fully performed this Court will retain jurisdiction to enforce the terms of the Order.

takes for the terms of the Settlement to be fully performed this Court will retain jurisdiction to enforce the terms of the Order.

    2. The Referral of the parties to court Mediator is suspended and the Mediation originally set for July 12, 2004 is postponed indefinitely pending the completion of the terms of the Settlement and this Order.

    3. Schedule a further Case Management Conference: There shall be a case management conference upon the sooner of _____ or the completion of the terms of the Settlement and filing by the Plaintiff of a Request for Dismissal.

    4. All prior Orders for Case Management in the matter are [ ] dismissed [ ] taken off calendar pending the completion of the settlement [ ] Stayed pending the Settlement and dismissal of this matter.

    Further Orders:

Dated: _____

_____
Maxine M. Chesney, UNITED STATES DISTRICT JUDGE

Proof of Service [FRCP 4, 5]

I, HEREBY declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Marin; my business address is Law Offices of Green & Green Courthouse Square 1000 Fourth Street, Suite 595 San Rafael, California 94901-3118. On September 21, 2004 I served the within:

**STIPULATION FOR SETTLEMENT, SETTLEMENT AGREEMENT with COURT RETENTION OF JURISDICTION PENDING PERFORMANCE OF SETTLEMENT, ORDER**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Jeffrey S. Helfer
Kenneth Townsend
The Law Offices of Jeffrey Helfer
21800 Oxnard Street, Suite 850
Woodland Hills, CA 91367


[ x ] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] VIA EXPRESS CARRIER: I caused such document to be collected by an agent for Federal Express, Tracking No. [ ] to be delivered to the office of the stated parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 21, 2004, at San Rafael, California.

_____
Philip Green, Law Offices of Green & Green